# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ECC International LLC | ) ASBCA Nos. 60282-ADR, 60165-ADR |
| | ) |
| Under Contract No. W912DQ-11-C-4015 | ) |

APPEARANCES FOR THE APPELLANT:    R. Dale Holmes, Esq.
Robert G. Ruggieri, Esq.
  Cohen, Seglias, Pallas, Greenhall & Furman PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Katherine M. Smith, Esq.
Samuel J. Harrison, Esq.
Eugene O'Halloran, Esq.
Cara M. Mroczek, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  February 3, 2025

_____
ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60282-ADR, 60165-ADR, Appeals of ECC International LLC, rendered in conformance with the Board's Charter.

Dated:  February 3, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals